UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP NEUMAN, an individual, as assignee of the claims of the Potomac Group West, Inc., <br><br>  Plaintiff,<br>v.<br><br>RICHARD BAKER, an individual, and DOES 1 through 50, inclusive,<br><br>  Defendants. | Civil No. 06cv920-H (NLS)<br><br>**NOTICE AND ORDER VACATING AND RESETTING EARLY NEUTRAL EVALUATION CONFERENCE** |

An Early Neutral Evaluation Conference ("ENE") is currently scheduled in the above-captioned matter for September 13, 2006 at 2:00 p.m.  Before the Court is a joint Stipulation to continue the ENE and the supporting Declaration of James D. Crosby, counsel for plaintiff Philip Neuman.  The parties seek a one-week continuance of the ENE due to Mr. Crosby's state court trial schedule, and plaintiff Neuman's current presence in the country of Dubai and inability to return to San Diego in time to attend the September 13 ENE.  (*See Crosby Declaration* ¶¶ 3 & 4.)  Good cause appearing,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     **IT IS HEREBY ORDERED** that the joint Stipulation is **GRANTED** and the ENE shall be
2 **VACATED** and **RESET** to *<u>September 20, 2006</u>* at *<u>9:30 a.m.</u>*
3     **IT IS SO ORDERED**.
4 DATED: September 7, 2006

                                       */s/ Nita L. Stormes*

                                  Hon. Nita L. Stormes
                                  U.S. Magistrate Judge
                                  United States District Court