UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP NEUMAN, an individual, as assignee of the claims of the Potomac Group West, Inc., <br><br>　　　　　　Plaintiff, <br>v. <br><br>RICHARD BAKER, an individual, and DOES 1 through 50, inclusive, <br><br>　　　　　　Defendants. | Civil No. 06cv920-H (NLS) <br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE, AND NOTICE OF *TELEPHONIC* CASE MANAGEMENT CONFERENCE** |

　　　　On September 27, 2006, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. The case did not settle. With the consent of the parties, the Court hereby refers this matter for mediation before Ret. Judge Herbert Hoffman, who is conducting mediation between the parties in a related case currently pending in the San Diego Superior Court, North County Division.

　　　　In compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, the Court issues the following orders:

　　　　1.　　Counsel are ordered to appear **telephonically** on *November 17, 2006* at *9:30 a.m.* before Magistrate Judge Stormes for a Case Management Conference ("CMC") pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

　　　　2.　　The Rule 26(f) conference shall be completed on or before *October 23, 2006*.

/ / /

/ / /

1   3. A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before

2 *November 3, 2006*.  (The date and time for the CMC should be included in the caption of the Joint

3 Discovery Plan.)

4   4. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before

5 *November 7, 2006*.

6  Plaintiff's counsel shall serve a copy of this order on all parties that enter this case hereafter.

7 Each responsible attorney of record and all parties representing themselves shall participate in the

8 telephonic CMC.  Represented parties need not participate.

9  Failure of any counsel or party to comply with this order will result in sanctions.

10 **IT IS SO ORDERED.**

11 DATED: September 28, 2006

                _____
                Hon. Nita L. Stormes
                U.S. Magistrate Judge